ACCEPTED
01-14-00877-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 8:07:21 PM
CHRISTOPHER PRINE
CLERK

**Appeal No. 01-14-00877-CR**

_____

**In the First Court of Appeals**

_____

**FALLON NICOLE WAGNER, Appellant**

**Vs.**

**THE STATE OF TEXAS, Appellee.**

_____

**On Appeal from the 149TH Judicial District Court
of Brazoria County,
Cause No. 73035.**

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/9/2015 8:07:21 PM

CHRISTOPHER A. PRINE
Clerk

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
THE BRIEF FOR APPELLANT, FALLON NICOLE WAGNER**

To the Honorable Justices of the First Court of Appeals:

Comes now Appellant, Fallon Nicole Wagner, by and through her attorney of record, Cary M. Faden, and moves this Court for an extension of time to file the brief for appellant for thirty (30) days, or until April 6, 2015, and would respectfully show the Court:

I.

In Cause No. 73035, in the 149th Judicial District Court of Brazoria County, appellant entered a plea of not guilty, before the jury, to the offense of possession of

1

a controlled substance. Tex. Health and Safety Code §481.115. On October 22, 2014, the jury assessed her punishment, at eight (8) years of Texas Department Of Criminal Justice-Institutional Division. On October 28, 2014, appellant timely filed her written notice of appeal.

## II.

The clerk's record was filed with the Clerk of the Court on December 3, 2014. The reporter's record was filed with the Clerk of the Court on February 3, 2015. Therefore, the brief for appellant was originally due March 5, 2015. TEX. R. APP. P. 38.6(a). This is appellant's first motion for extension of time to file the brief. No other extension of time to file the brief for appellant has been requested or granted. This extension is not requested for the purpose of delay; but so that justice may be done. The length of time requested for this extension is thirty (30) days, or until April 6, 2015.

## III.

The facts relied upon to reasonably explain the need for this motion are that counsel has been involved in trial; and additional and separate appellate cases and preparations, and the review of the voluminous record in this cause, which have delayed the briefing schedule on this case. Additionally, appellate counsel has been on vacation. Thirty (30) days are required for counsel to complete the research and

drafting on the brief for appellant.

WHEREFORE, PREMISES CONSIDERED, appellant, Fallon Nicole Wagner, prays that the Court grant his first motion for extension of time to file the brief and extend the time for filing the brief for appellant for thirty (30) days, or until April 6, 2015.

Respectfully submitted,


**/s/CARY M. FADEN**
**Cary M. Faden**
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas  77478
Telephone: (281) 491-6182
Facsimile: (281) 491-0049
Texas Bar No. 06768725
**E-MAIL: caryfaden@aol.com**

Attorney for Appellant

CERTIFICATE OF SERVICE

In accordance with TEX. R. APP. P. 9.5, I, Cary M. Faden, certify that a true and correct copy of the foregoing first motion for extension of time to file the brief has been served, by U.S. Mail, upon the attorney of record for the State of Texas, the Brazoria County District Attorney, Appellate Division, 111 East Locust Street, Room408A, Angleton, Texas 77515, on this the 5th day of March, 2015.

**/s/CARY M. FADEN**
**Cary M. Faden**

CERTIFICATE OF COMPLIANCE, T.R.A.P., RULE 9.4(3)

In accordance with TEX. R. APP. P. 9.4(3), I Cary M. Faden, certify that this is a computer generated document and I state that the number of words in this document is approximately 582 words. I am relying on the word count of the computer program used to prepare this document.

**/s/ CARY M. FADEN**
**Cary M. Faden**